UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                               :
                                                    : Chapter 11
19 W 55 LLC                                         : Case No. 24-45220(NHL)
                                                    :
               Debtor.                  :
------------------------------------------------------------x

## ORDER DISMISSING CASE

Upon the motion of Merchants Bank of Indiana (i) to Dismiss Debtor's Bankruptcy Case for Cause Pursuant to 11 U.S.C. § 1112 or, in the Alternative, (ii) to Grant Relief from the Automatic Stay [DN 18] (the "Motion"); and it appearing that this Court has jurisdiction to consider the matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion was provided with due and adequate notice; and a hearing was held before the Court on April 1, 2025 (the "Hearing"), at which appeared Shannon Anne Scott (Office of the US Trustee), Sara A. Johnson (Counsel to Merchants Bank of Indiana), David Goldwasser (Interested Party), and Robert M. Sasloff (Counsel to Debtor); and although on March 26, 2025 the Debtor filed an opposition to the Motion, the Debtor ultimately consenting to dismissal at the Hearing; and the Court having reviewed the record and being fully advised and good cause appearing therefore,

NOW, THEREFORE, IT IS HEREBY ORDERED, DECREED AND ADJUDGED as follows:

1.     The Motion to Dismiss is hereby granted as set forth herein.

2.     The above-captioned Chapter 11 case is hereby DISMISSED.


3. The Debtor shall pay to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. § 1930, within ten (10) days of the entry of this order and simultaneously provide to the United States Trustee any appropriate affidavit indicating cash disbursements, if any, for the relevant period.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.



Dated: April 6, 2025
      Brooklyn, New York

_____
Nancy Hershey Lord
United States Bankruptcy Judge